United States District Court
Eastern District of Michigan

Lonnie L. Griffin,

    Plaintiff,

v.

Federal Bureau of Investigation,

    Defendant.

Civil No. 25-11267

Honorable Mark A. Goldsmith
Mag. Judge Anthony P. Patti

## Appearance

Notice is given that Michael El-Zein, Assistant U.S. Attorney for the Eastern District of Michigan, will serve as counsel on behalf of the Federal Bureau of Investigation in the above-captioned case.

    Respectfully submitted,

    Jerome F. Gorgon, Jr.
    United States Attorney

    s/Michael El-Zein
    Michael El-Zein (P79182)
    Assistant U.S. Attorney
    211 W. Fort St., Ste. 2001
    Detroit, MI  48226
    (313) 226-9770
    michael.el-zein@usdoj.gov

Date:  June 27, 2025

## Certificate of Service

I hereby certify that on June 27, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties of record.

I further certify that I have mailed by U.S. mail the foregoing paper to the following non-ECF participants:

>Lonnie L. Griffin
>18779 Huntington Ave.
>Harper Woods, MI 48225

>s/ Michael El-Zein
>Michael El-Zein (P79182)
>Assistant U.S. Attorney
>211 W. Fort St., Ste. 2001
>Detroit, MI  48226
>(313) 226-9770
>michael.el-zein@usdoj.gov