## INDEX OF EXHIBITS

Exhibit A:    FBI Forfeiture Notices issued June 2025.

Exhibit B:    Postmarked envelope dated June 20, 2025, showing defective service and lack of signed return receipt.

Exhibit C:    Probate hearing transcript in which the ward's attorney admits receiving documents seized from Plaintiff by FBI.