```
                        STATE OF MICHIGAN

        IN THE PROBATE COURT FOR THE COUNTY OF OAKLAND



IN THE MATTER OF:
                                        Case Nos. 2022-410,786-GA
MARY E. SPINNEY                                   2023-411,609-CA

_____/

                              HEARING

          BEFORE THE HONORABLE JENNIFER S. CALLAGHAN

         Pontiac, Michigan - Monday, October 20, 2025

APPEARANCES:

Special Fiduciary          AUSTIN WAYNE PROBST (P82273)
for Mary Spinney:          Kemp Klein
                           201 West Big Beaver Road
                           Suite 600
                           Troy, Michigan 48084
                           (248) 740-5680

For Tri-State              PATRICK ERWIN NYENHUIS (P76343)
Guardian:                  615 Griswold Street
                           Suite 1325
                           Detroit, Michigan 48226
                           (313) 244-3500







                Videotape Transcription Provided By:
                  Deanna L. Harrison, CER 7464
                 About Town Court Reporting, Inc.
                         248-634-3369
```

1

```
 1       $400,000, which is almost double the value that it was
 2       sold for during -- when -- when the petition was filed.
 3               There are other smaller concerns, but in review
 4       of the documents, the -- the -- the large withdrawals and
 5       transfers are problematic.  I did also speak with the FBI,
 6       because I did not receive any trust documents -- I should
 7       back up.
 8               I went to the trust registration matter that was
 9       filed here.  The only thing that was filed in that case
10       was the SCAO form registering a trust and no trust.  It
11       was attached, which is, you know -- I was able to speak
12       with the FBI and I retrieved a copy of the trust.
13               I have concerns regarding that trust, not the
14       least of which is that Tri-State is the scrivener of that
15       trust.  They are also the trustee.  There are limitations
16       on liability in that trust.  There is some discrepancies
17       between how beneficiaries are actually designated, but the
18       Attorney General is named in it, so that is helpful.
19               THE COURT:  And when was that trust drafted?
20               MR. PROBST:  The trust was signed by the
21       grantor, which is Mary Spinney, who had already been under
22       guardianship and conservatorship, on October 22nd, 2024.
23               THE COURT:  Right.  That's my recollection of
24       what I found on the registration.
25               THE COURT:  There is also an issue in that
```

8

```
 1              THE COURT:  I mean at this point, no, I mean
 2   that's what I was trying to give the opportunity and what
 3   I was suggesting could have been done prior to today is to
 4   go in and say can I have a copy of the statements because,
 5   you know, at -- at that time --
 6              MR. NYENHUIS:  And Judge, I did --
 7              THE COURT:  -- or -- or online.  I think we
 8   discussed some online access to that, you know, but anyway
 9   --
10              MR. NYENHUIS:  Right.
11              THE COURT:  I'm sorry.
12              MR. NYENHUIS:  Oh, I wanted to say that Ms. --
13   Ms. Probst and I were talking before the hearing --
14              THE COURT:  Yeah.
15              MR. NYENHUIS:  -- was called and I did email
16   Assistant United States Attorney Rob Moran and included
17   him on that, so that way I -- I requested the records --
18              THE COURT:  Okay.
19              MR. NYENHUIS:  -- because the FBI has them --
20              THE COURT:  Okay.
21              MR. NYENHUIS:  -- so I thought maybe I could fac
22   --
23              THE COURT:  Is that how you got the trust?  I
24   don't know.
25              MR. NYENHUIS:  The FBI went through a lot of
```

```
 1    records --
 2            MR. PROBST:  So -- yeah, so --
 3            THE COURT:  Okay.
 4            MR. PROBST:  -- the response I got was we'll
 5    give you the trust, but nothing else.
 6            MR. NYENHUIS:  So --
 7            MR. PROBST:  Okay.
 8            MR. NYENHUIS:  -- I'll try to get in somebody
 9    else who might --
10            THE COURT:  Well --
11            MR. NYENHUIS:  -- have a little bit more
12    authority and say hey, give them copies of everything.  So
13    hopefully --
14            THE COURT:  Well, and -- yeah, we'll see.  I
15    mean obviously making -- making Mr. Probst's job easier
16    and kind of figuring things out, and it doesn't change Ms.
17    Evans' responsibility to, you know -- or I shouldn't say
18    Ms. Evans, Tri-State's, you know, their duty to otherwise
19    account for everything in and everything out.  So I mean
20    that's not going to change separately.  But at this point,
21    I need Mr. Probst to kind of take over and kind of put
22    things back together.
23            So I guess going back to what my original issue
24    or question was as it relates to ongoing care for Ms.
25    Spinney, the other accounts, there are sufficient assets
```

CERTIFICATION

I certify that this transcript, consisting of 41 pages, is a true and accurate transcription, to the best of my ability, of the video proceeding in this case before the Honorable Jennifer S. Callaghan on Monday, October 20, 2025, as recorded by the clerk.

Videotape proceedings were recorded and were provided to this transcriptionist by the Circuit Court and this certified reporter accepts no responsibility for any events that occurred during the above proceedings, for any inaudible and/or indiscernible responses by any person or party involved in the proceedings, or for the content of the videotape provided.

*Deanna H Harrison*

/s/ Deanna L. Harrison, CER 7464
About Town Court Reporting, Inc.
248-634-3369